# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LeShawn Stadford, | ) | CASE NO. 1:23 CV 1045 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Court's accompanying Memorandum of Opinion and Order, plaintiff's complaint in this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

Date: June 13, 2023

*/s/ John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE